IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PADILLA RUIZ,<br><br>    Petitioner,<br><br>  vs.<br><br>CONNIE GIBSON, Warden,<br><br>    Respondent. | No. C 11-6250 JSW (PR)<br><br>**ORDER OF TRANSFER** |

    Petitioner is a state prisoner currently incarcerated at Corcoran State Prison. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction obtained in Sacramento County.  A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).  The district of conviction is the preferred forum, however, where the petition is challenging the conviction or sentence itself.  *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  As Petitioner was convicted in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

    The Clerk of the Court shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: December 21, 2011

                                  JEFFREY S. WHITE<br>
                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PADILLA RUIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIBSON et al,<br><br>　　　　Defendant. | Case Number: CV11-06250 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge P. Ruiz
G38289
P.O. Box 3481
413-2L-52
Corcoran, CA 93212

Dated: December 21, 2011

Richard W. Wieking, Clerk
　By: Jennifer Ottolini, Deputy Clerk